LISA R. J. PORTER
KP Law PC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| Regina E. Simonian, <br>       Plaintiff, <br> vs. <br><br> CAROLYN W. COLVIN <br> COMMISSIONER of Social Security, <br>       Defendant    / | Civil Action No. 3:13-02292-HZ <br><br><br> ORDER GRANTING AWARD <br> OF EAJA FEES, EXPENSES <br> COSTS |

### ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in <u>Astrue v Ratliff</u>, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of $3,140.02 and expenses $6.02 and costs of $8.50, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in <u>Ratliff</u> shall be paid to the Plaintiff, and mailed to the attorney's office.

Done this 23 day of Feb, 2015

_____
Marco Hernández
Judge
MARCO A. HERNÁNDEZ

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035